UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSY APRIL ALCARAZ,<br><br>    Plaintiff,<br><br>v.<br><br>JESUS ALCARAZ, JR.,<br><br>    Defendant. | Case No. 2:22-cv-06767-SB-AFM<br><br>FINAL JUDGMENT |

    Pursuant to this Court's Order Denying Application to Proceed In Forma Pauperis and Dismissing Case, it is hereby ordered, adjudged, and decreed that this case is DISMISSED in its entirety without prejudice.

    This is a Final Judgment.

Date: September 29, 2022

                                                      Stanley Blumenfeld, Jr.
                                                  United States District Judge